IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GENIA SARAH LANDA,

       Plaintiff,

     v.                                                                       No. 1:20-cv-00836-KWR-SCY

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

       Defendant.

## ORDER ADOPTING
## PROPOSED FINDINGS AND RECOMMENDATION

**THIS MATTER** is before the Court on United States Magistrate Judge Steven C. Yarbrough's October 13, 2021 Proposed Findings And Recommended Disposition ("PFRD"). Doc. 28. Judge Yarbrough recommended denying Plaintiff's Motion To Reverse And Remand For A Rehearing With Supporting Memorandum, Doc. 21, and affirming the decision below. Judge Yarbrough found that the ALJ did not err in evaluating of the opinions of the medical providers in the record. Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. *Id*. at 21. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court **CONCURS** with Judge Yarbrough's findings and recommendation.

      **IT IS THEREFORE ORDERED THAT**:

1. The Court **ADOPTS** Judge Yarbrough's Proposed Findings and Recommended Disposition, Doc. 28; and

2

2. Plaintiff's Motion to Reverse And Remand for a Rehearing with Supporting Memorandum, Doc. 21, is **DENIED.**

**IT IS SO ORDERED**.

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**